THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOPHIA WILLIAMS,<br>      Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA<br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 07-1612<br>   CKK |

### RETURN OF SERVICE AFFIDAVIT

    Attached hereto is the return of service affidavit for the above-captioned action, dated October 15, 2007.

                        Respectfully submitted,

                        <u>/s/ Douglas Tyrka</u>
                        Douglas Tyrka, #467500
                        Tyrka & Associates, LLC
                        1726 Connecticut Ave., NW, Suite 400
                        Washington, D.C.  20009
                        Phone:  (202) 265-4260
                        Fax:  (202) 265-4264
                        tyrka@tyrkalaw.com

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE October 15, 2007 |
| NAME OF SERVER *(PRINT)* Camille McKenzie | TITLE Office Manager |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Mayors Office
1350 Pennsylvania Ave NW

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: Tabatha Braxton

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL $14.50 | SERVICES — | TOTAL $14.50 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/15/07          Camille McKenzie
              Date              Signature of Server

1726 Connecticut Ave NW WDC 20009
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.