THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOPHIA WILLIAMS,<br>      Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA<br>      Defendant. | Civil Action No. 07-1612<br>CKK |

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 14th day of December, 2007, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant District of Columbia was personally served with process on October 15, 2007.

I further certify under penalty of perjury that no appearance has been entered by said defendant in this case; no pleading has been filed and none served upon the attorney for the plaintiff; no extension has been given and the time for filing has expired; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant.

Douglas Tyrka, #467500
Tyrka & Associates, LLC
1726 Connecticut Ave., NW, Suite 400
Washington, D.C. 20009
Phone: (202) 265-4260
Fax: (202) 265-4264
tyrka@tyrkalaw.com