Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

SOPHIA WILLIAMS

    Plaintiff(s)

V.

Civil Action No. 07-1612 CKK

DISTRICT OF COLUMBIA

    Defendant(s)

RE: DISTRICT OF COLUMBIA

### DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on October 15, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 17th day of December, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: N. Wilkens
Deputy Clerk