UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SOPHIA WILLIAMS,

　Plaintiff,

　v.

DISTRICT OF COLUMBIA,

　Defendant.

Civil Action No. 07-1612 (CKK)

**SHOW CAUSE ORDER**
(February 4, 2008)

The Complaint in this action was filed on September 11, 2007, and names as Defendant the District of Columbia. The Court notes that on December 14, 2007, Plaintiff filed an Affidavit of Service indicating that service was effected on October 15, 2007. Also on December 14, 2007, Plaintiff moved for Default, which the Clerk of Court entered on December 17, 2007. As it appears that the District has yet to enter an appearance in this action or file an Answer to Plaintiff's Complaint, it is this 4th day of February, 2008 hereby

**ORDERED** that, on or before February 25, 2008, the District of Columbia shall SHOW CAUSE as to why it has failed to file an Answer to Plaintiff's Complaint.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Copy to:
Office of the Attorney General
One Judiciary Square
441 4th Street, NW, Suite 1060N
Washington, DC 20001