UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SOPHIA WILLIAMS, *et al.* | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 07-1612 (CKK) |
| DISTRICT OF COLUMBIA, | ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S CONSENT MOTION FOR LEAVE TO FILE
RESPONSE TO SHOW CAUSE ORDER <u>NUNC PRO TUNC</u>,
AND TO FILE ANSWER TO COMPLAINT**

The Defendant District of Columbia, by counsel and pursuant to Fed. R. Civ. P. 6(b)(1)(B), respectfully requests leave to file the attached "Defendant's Response to Show Cause Order" ("Response"), and to file an answer to the complaint herein by June 27, 2008.

The complaint herein was filed September 11, 2007. In the absence of a response to the complaint by the District, and in light of the Plaintiff having moved for default, and an entry of default by the Clerk of Court on December 17, 2007, the Court, on February 4, 2008, ordered that the District, by February 25, 2008, "SHOW CAUSE as to why it has failed to file an Answer to Plaintiff's Complaint."

As explained in the proferred Response, Defendant's counsel was unaware of the pendency of this action, including the Court's February 4 show cause order, until late afternoon yesterday. On learning of both, undersigned counsel immediately initiated an investigation, and has expressed the reasons for not having filed an answer to the

1

complaint in the Response appended hereto. At this point, it is expected that the Defendant will be able to file an answer to the complaint by June 27, 2008.

Accordingly, the Defendant respectfully requests leave to file the attached Response for the Court's consideration, and that it be permitted, until June 27, 2008, to file an answer to the complaint herein. An appropriate proposed order is attached. Counsel for the Plaintiff has consented to a grant of this motion.

                                      Respectfully submitted,

                                      PETER J. NICKLES
Interim Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*_____
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7334

Email: Edward.taptich@dc.gov

June 19, 2008

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **SOPHIA WILLIAMS,** *et al.* | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | )   Civil Action No. 07-1612 (CKK) |
| | ) |
| **DISTRICT OF COLUMBIA,** | ) |
| | ) |
| **Defendant.** | ) |

### DEFENDANT'S RESPONSE TO SHOW CAUSE ORDER

The Defendant District of Columbia, by counsel, hereby responds to the Court's February 4, 2008, Show Cause Order herein.

The complaint herein, filed September 11, 2007, is an "appeal" from an administrative Hearing Officer's decision pursuant to the Individuals With Disabilities Education Improvement Act of 2004, 20 U.S.C. § 1400 et seq. ("IDEIA"). In the absence of a response to the complaint by the District, and in light of the Plaintiff having moved for default, and an entry of default by the Clerk of Court on December 17, 2007, the Court, on February 4, 2008, ordered the District, by February 25, 2008, to "SHOW CAUSE as to why it has failed to file an Answer to Plaintiff's Complaint."

Regrettably, the District's counsel was unaware of the pendency of this action until late afternoon yesterday, when it was brought to the attention of Andrea Comentale, Acting Section Chief of the Personnel & Labor Relations Section in the District's Office of the Attorney General, in a communication from Judge Kollar-Kotelly's Chambers. Ms. Comentale immediately forwarded a fax transmittal of the Court's February 4 show

3

cause order to the Deputy of the Civil Litigation Division, where IDEIA actions are handled.

In the normal course, when an IDEIA (or any other) complaint is served on the Mayor's Office (at 1350 Pennsylvania Avenue, NW), the matter is recorded and the complaint is forwarded to the District's Office of the Attorney General (at 441 4th Streeet, NW), from which it is forwarded in turn to the OAG's Civil Litigation Division on the 6th Floor at the same location for handling. In this case, while the return of service filed December 14, 2007, indicates service on Tabatha Braxton in the Mayor's Office on October 15, 2007, Ms. Braxton's search of her file does not indicate such service. A search of the Service Tracking System in that Office shows no such service either.[1] Neither is there any record of receipt of either the complaint or the Court's February 4, 2008, show cause order at the OAG's Civil Litigation Division.

The Defendant apologizes to the Court for any confusion or inconvenience. It may well be that the District's unawareness of this action was a result of a breakdown in internal communications (although that would have had to happen, quite unusually, at a number of levels at the same time). On learning of the situation, the undersigned immediately advised the District of Columbia Public Schools of the challenged administrative decision, and the investigation needed to answer the complaint was immediately begun.

The District believes an answer to the complaint can be filed within a week – by June 27, 2008. And we respectfully request that the Court extend to the District the opportunity to file an answer by that date. The attached proposed order reflects that

---

[1] See Attachment hereto.

allowance. Plaintiff's counsel has consented to the Court's permitting the filing of an answer by June 27.

                Respectfully submitted,

                PETER J. NICKLES
                Interim Attorney General for the
                District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General
                Civil Litigation Division

                */s/ Edward P. Taptich*
                EDWARD P. TAPTICH [#012914]
                Chief, Equity Section II
                441 Fourth Street, N.W.
                Sixth Floor South
                Washington, D.C. 20001
                (202) 724-7334

                Email: Edward.taptich@dc.gov

June 19, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SOPHIA WILLIAMS, *et al.* | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 07-1612 (CKK) |
| DISTRICT OF COLUMBIA, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

On consideration of the Defendant's Consent Motion for Leave to File Response to Show Cause Order <u>Nunc</u> <u>Pro</u> <u>Tunc</u>, and to File Answer to Complaint, filed June 19, 2008, and of the record herein, it is, this ____ day of June, 2008,

**ORDERED**, that the Defendant's consent motion is granted; it is

**FURTHER ORDERED**, that the Defendant's proffered response to the Court's February 4, 2008, show cause order is accepted nunc pro tunc; and it is

**FURTHER ORDERED**, that the Defendant shall file an answer to the complaint herein not later than June 27, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE

| District of Columbia | MAYOR FENTY | DC GUIDE | RESIDENTS | BUSINESS | VISITO |

## Office of the Chief Technology Officer

**OCTO HOME**
About OCTO
How to Reach Us
Ask the CTO
FOIA Requests
News Room
Employment
 Opportunities
Site Map
Performance

**SERVICES**
CityDW
DC GIS
DC-NET
DC-WARN

**INFORMATION**
ASMP
HSMP
Photo Gallery
Policies, Guidelines, &
 Procedures
DC IT Investment Board
Program Management
 Standards
Web Standards
 and Style

**ONLINE SERVICE
REQUESTS**

# OAG Civil Action Service Tracking System

Review Civil Actions | Enter/Edit Civil Actions | Manage User Accounts | Logout

Docket number:                Keyword:
                              sophia williams

Start date:                   End date:

This week | Two weeks | This month

Type of Action:
[Select One]

[Search]

|           | Case Caption |                |                  |                |
|-----------|--------------|----------------|------------------|----------------|
| Docket #  | Court        |                |                  | Type of Action |
|           | Date/Time Received | Received by Agency | Received by Person |         |

No actions found

Telephone Directory by Topic · Agencies · DC Council · Search · Elected Officials · Feedback · · Accessibility · Privacy & Security · Terms & Conditions