UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOPHIA WILLIAMS, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-1612 (CKK) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S ANSWER TO THE COMPLAINT**

The Defendant, by counsel, here answers the Plaintiff's Complaint as follows (paragraph numbers below correspond to the paragraph numbers in the Complaint):

1. The first paragraph is the Plaintiff's introduction and request for relief and does not require a response.

2. The allegations in paragraph 2 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied.

3. The Defendant admits the allegations in paragraph 3.

4. The Defendant admits the allegations in paragraph 4.

5. The Defendant admits the allegations in paragraph 5.

6. The Defendant admits the allegations in paragraph 6.

7. The Defendant admits the allegations in paragraph 7.

8. The Defendant admits the allegations in paragraph 8.

9. The Defendant admits the allegations in paragraph 9.

10. The Defendant admits that an MDT meeting was convened on November 30, 2006, but lacks knowledge or information at this time sufficient to form a belief as to the remainder of the allegations in paragraph 10.

11. The Defendant admits the allegations in paragraph 11.

12. The Defendant admits the allegations in paragraph 12.

13. The Defendant admits the allegations in paragraph 13.

14. The Defendant admits the allegations in paragraph 14.

15. The Defendant denies the allegation that DCPS did not complete a psychiatric evaluation between November 30, 2006 and June 4, 2007, but lacks knowledge or information at this time sufficient to form a belief as to the remainder of the allegations in paragraph 15.

16. The Defendant admits that a due process hearing occurred on June 4, 2007, but lacks knowledge or information at this time sufficient to form a belief as to Plaintiff's participation.

17. The Defendant admits the allegations in paragraph 17.

18. The Defendants incorporate as though restated each of the answers stated in paragraphs 1 through 17 above.

19. The allegations in paragraph 19 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

20. The allegations in paragraph 20 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

21. The allegations in paragraph 21 are conclusions of law and/or of the pleader to pleader to which no response is required. If a response is required, then the same are denied.

22. The Defendants incorporate as though restated each of the answers stated in paragraphs 1 through 21 above.

23. The allegations in paragraph 23 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

24. The allegations in paragraph 24 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

25. The allegations in paragraph 25 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

**BY WAY OF FURTHER ANSWER**, the Defendant denies all allegations of wrongdoing not otherwise responded to or admitted.

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The filing of the Complaint is outside of applicable time limitations.

### THIRD AFFIRMATIVE DEFENSE

The Hearing Officer's Decision is supported by substantial evidence in the administrative record and should be affirmed.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

                    GEORGE C. VALENTINE
                    Deputy Attorney General, Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH
Chief, Equity Section 2
Bar Number 012914

**/s/ Juliane T. DeMarco**
Juliane T. DeMarco
Assistant Attorney General
Bar Number 490872
441 Fourth Street, N.W., Sixth Floor
Washington, D.C. 20001
(202) 724-6614
(202) 741-0575 (fax)

June 27, 2008        E-mail: Juliane.DeMarco@dc.gov