UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOPHIA WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>DISTRICT OF COLUMBIA,<br><br>    Defendant. | Civil Action No. 07-1612 (CKK) |

ORDER
(July 9, 2008)

This IDEA case comes before the Court upon the filing of Defendant's Answer to Plaintiff's Complaint. Although Defendant had initially filed a motion to dismiss this action, that motion was withdrawn on July 7, 2008. As Defendant's Answer now stands as the sole responsive pleading in this case, it is this 9th day of July, 2008, hereby

**ORDERED** that the parties shall confer and propose a schedule for proceeding in this matter. The schedule should include a date by which Defendant proposes to file the Administrative Record in this case, as well as a proposed dates for the filing of dispositive motions. The parties shall file the schedule not later than July 25, 2008.

**SO ORDERED.**

                                                                                 */s/*                        
                                                                             COLLEEN KOLLAR-KOTELLY
                                                                             United States District Judge