THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SOPHIA WILLIAMS ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> DISTRICT OF COLUMBIA ) <br> Defendant. ) <br> ) | Civil Action No. 07-1612 CKK |

## REPORT OF PARTIES UNDER LOCAL RULE 16.3

**Joint Statement of the Case and its Bases**

The Plaintiff brought her case under the federal Individuals with Disabilities Education Act, 20 U.S.C. § 1400 *et seq.*, on behalf of her minor daughter, K.W.. The Plaintiff seeks a declaratory judgment and an injunction ordering the District of Columbia Public Schools ("DCPS") to convene a multidisciplinary team ("MDT") meeting to develop a compensatory education plan for K.W..

The Plaintiff has received an administrative decision denying the relief requested in this case.

The Defendants believe the subject Hearing Officer's decision was proper and consistent with the law and that the determination should be affirmed.

**Parties' Proposed Schedule**

The Parties have conferred regarding scheduling, and state as follows:

1.      The Parties expect the case to be resolved by dispositive motion.

2. The Parties have attempted to narrow the issues in dispute, but have failed to do so.

3. The Parties do not wish the case to be referred to a magistrate judge.

4. The Parties have not yet discussed settlement.

5. The Parties do not think that this case would benefit from ADR.

6. The Parties propose the following deadlines:

   a. August 22, 2008 – administrative record and transcript filing by Defendant;
   b. September 19, 2007 – Plaintiff's summary judgment motion;
   c. October 24, 2008 – Defendant's opposition and cross-motion for summary judgment;
   d. November 7, 2008 – Plaintiff's opposition and reply;
   e. November 21, 2008 – Defendant's reply.

7. The Parties stipulate to dispense with the requirements of Rule 26(a)(1).

8. The Parties do not currently believe that discovery or experts will be necessary.

9. The Parties propose that all other scheduling be decided if necessary following the resolution of the motions for summary judgment.

Respectfully submitted,

/s/ Douglas Tyrka /s/
Douglas Tyrka, #467500
Tyrka & Associates, LLC
1726 Connecticut Ave., NW, Suite 400
Washington, D.C. 20009
Phone: (202) 265-4260
Fax: (202) 265-4264
tyrka@tyrkalaw.com


PETER J. NICKLES
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE

Deputy Attorney General, Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH
Chief, Equity Section 2
Bar Number 012914

**/s/ Juliane T. DeMarco**
JULIANE T. DEMARCO
Assistant Attorney General
Bar Number 490872
441 Fourth Street, N.W., Sixth Floor
Washington, D.C. 20001
(202) 724-6614
(202) 741-0575 (fax)
E-mail: Juliane.DeMarco@dc.gov

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SOPHIA WILLIAMS )<br>        Plaintiff, )<br> )<br>v. )<br> )<br> )<br>DISTRICT OF COLUMBIA )<br>        Defendant. )<br> ) | Civil Action No. 07-1612<br>CKK |

**PROPOSED ORDER**

On consideration of the Report of Parties Under Local Rule 16.3, it is hereby ORDERED that the parties shall comply with the following deadlines:

1) the Defendant shall file the administrative record and transcript on or before August 22, 2008;

2) the Plaintiff shall file her Motion for Summary Judgment on or before September 19, 2008;

3) the Defendant shall file its Opposition and Cross-Motion for Summary Judgment on or before October 24, 2008;

4) the Plaintiff shall file her Opposition and Reply on or before November 7, 2008; and

5) the Defendant shall file its Reply on or before November 21, 2008.

SO ORDERED.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge